AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

John-Everett Doling

_____
*Defendant*

)
)
)
)
)
)

Case: 1:24-mj-00326
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/16/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    John-Everett Doling                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      10/16/2024

City and state:      Washington, D.C.

Moxila A. Upadhyaya

Digitally signed by Moxila
A. Upadhyaya
Date: 2024.10.16 12:52:23
-04'00'

*Issuing officer's signature*

Moxila A. Upadhyaya U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/16/2024 , and the person was arrested on *(date)* 10/17/2024 at *(city and state)* GAINESVILLE, VA . |

Date: 10/17/2024

David Church
*Arresting officer's signature*

David Elmadolar   DUSM
*Printed name and title*